UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. MISHAN & SONS, INC.,

                    Plaintiff,

-v-

MAX SALES, INC. and DR. LEONARD'S HEALTHCARE CORP.,

                    Defendant.

Case No._____

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

E. MISHAN & SONS, INC.      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date:  May 20, 2008

_Angelo Notaro_
**Signature of Attorney**

**Attorney Bar Code:** AN1306

Form Rule7_1.pdf  SDNY Web 10/2007