CUCCIO AND CUCCIO, P.C.
Emil S. Cuccio, Esq. (EC4940)
45 Essex Street
Hackensack, NJ 07601
(201) 487-7411
E-mail: escuccio@aol.com
Attorneys for Dr. Leonard's
Healthcare Corp.

**UNITED STATES DISTRICT COURT**  ELECTRONICALLY FILED
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| E. MISHAM & SONS, INC., | : Civil Action No. 08-CV-4714 |
| | :                    (JGK)(AJP) |
| Plaintiff, | : |
| v. | : **RULE 7.1 STATEMENT** |
| MAX SALES, INC. and | : |
| DR. LEONARD'S HEALTHCARE CORP., | : |
| Defendants. | District Judge John G. Koeltl |
| _____ | : Magistrate Judge Andrew J. Peck |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dr. Leonard's Healthcare Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates

and/or subsidiaries of said party, which are publicly held:

NONE.

June 6, 2008                _____
                         Emil S. Cuccio (EC4940)