UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
E. MISHAN & SONS, INC.,       :
                              :   Civil Action No.: 08 CV 4714 (JGK)
            Plaintiff,        :
                              :   **NOTICE OF APPEARANCE**
     -against-                :
                              :
MAX SALES, INC. and DR. LEONARD'S :
HEALTHCARE CORP.,             :
                              :
            Defendants.       :
------------------------------X

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for defendant, Max Sales, Inc.

   I certify that I am admitted to practice in this Court.

Dated: New York, New York
       June 10, 2008

                         **FORD MARRIN ESPOSITO WITMEYER
                         & GLESER, L.L.P.**

                         By: _____
                              Alfred L. D'Isernia (AD 9700)

                         Wall Street Plaza
                         New York, New York 10005-1875
                         Tel.: (212) 269-4900
                         Fax: (212) 344-4294
                         *Attorneys for defendant Max Sales, Inc.*

166850.1