```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
E. MISHAN & SONS, INC.,
:    Civil Action No.: 08 CV 4714 (JGK)
             Plaintiff,
:    STIPULATION
   -against-
:
MAX SALES, INC. and DR. LEONARD'S
HEALTHCARE CORP.,    :

            Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record that the time within which defendant, Max Sales, Inc. may respond to the Complaint in this action is hereby extended up to and including June 25, 2008.

Dated: June 10, 2008

**NOTARO & MICHALOS, P.C.**

By: _____
    John Zaccaria (JZ3157)

1270 Broadway, Suite 807
New York, New York 10001-3224
Tel.: (212) 278-8600
*Attorneys for Plaintiff*
*E. Mishan & Son, Inc.*

Dated: June 10, 2008

FORD MARRIN ESPOSITO
WITMEYER & GLESER, L.L.P.

By: _____
    Alfred D'Isernia (AD9700)

Wall Street Plaza, 23rd Floor
New York, New York 10005
Tel.: (212) 269-4900
*Attorneys for Defendant*
*Max Sales, Inc.*

It is So Ordered, this 11 day of June, 2008:

_____
U.S.D.J.

166848.1