AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

E. MISHAN & SONS, INC.,

V.

MAX SALES, INC. and DR. LEONARD'S HEALTHCARE CORP.

**SUMMONS IN A CIVIL ACTION**

08 CIV 4714

TO: (Name and address of Defendant)

DR. LEONARD'S HEALTHCARE CORP.
100 NIXON LANE, EDISON, NJ 08837-3804

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANGELO NOTARO, ESQ.
NOTARO & MICHALOS P.C.
1270 BROADWAY, SUITE 807
NEW YORK, NY 10001-3224

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                MAY 2 0 2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, IND. PRACTICES OF JUDGE JOHN G. KOELTL, AND OF MAGISTRATE JUDGE ANDREW J. PECK, INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING |
| EFFECTED (1) BY ME: | MARIAN ZWIERZYNSKI |
| TITLE: | PROCESS SERVER    DATE: 05/23/2008 12:15PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

DR. LEONARD'S HEALTHCARE CORP.

Place where served:

100 NIXON LANE   EDISON TWP. NJ 08817

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NAKIESHA BROWN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/23/2008

_____ L.S.
SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

05-23-08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | JOHN ZACCARIA, ESQ. |
| PLAINTIFF: | E. MISHAN & SONS, INC. |
| DEFENDANT: | MAX SALES, INC. ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 08 CV 4717 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR