*JUDGE KOELTL*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

E. MISHAN & SONS, INC.,

**SUMMONS IN A CIVIL ACTION**

V.

MAX SALES, INC. and DR. LEONARD'S HEALTHCARE CORP.

CASE NUMBER:

'08 CIV 4714

TO: (Name and address of Defendant)

MAX SALES, INC.
11724 WILLAKE STREET, SANTE FE SPRINGS, CA 90670

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANGELO NOTARO, ESQ.
NOTARO & MICHALOS P.C.
1270 BROADWAY, SUITE 807
NEW YORK, NY 10001-3224

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 2 0 2008

CLERK                                   DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Plaintiff<br>E. MISHAN & SONS, INC.<br>vs.<br>Defendant<br>MAX SALES, INC. | Case No.:<br>Hearing Date:<br>Attorney of Record: ANGELO NOTARO, ESQ./NOTARO & MICHALOS P.C.<br>1270 BROADWAY, STE. 807 NEW YORK NY | 08CV4714<br><br><br>212-278-8600<br># AN1306 |

## AFFIDAVIT OF SERVICE

Received this on __5-22-08__

I, Jimmy Vasquez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on May 22 2008 3:15PM, I executed service of SUMMONS AND COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICE OF JUDGE JOHN G. KOELTL PACKET; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK PACKET; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; GUIDELINES FOR ELECTRONIC CASE FILING on MAX SALES, INC. at 11724 WILLAKE Street, SANTA FE SPRINGS, Los Angeles County, CA 90670

By Substituted Service to: KUMAR ADVANI, V.P. OF SALES, A Middle Eastern male approx. 45-55 years of age 5'8"-5'10" in height weighing 180-200 lbs with black hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____  Execute on May 27, 2008
Jimmy Vasquez, Reg. # LA5372, Los Angeles, CA

State of California County of __Los Angeles__
Subscribed and sworn to before me, a notary public on May 27, 2008

_____
Notary Public

FOR: NOTARO & MICHALOS PC
REF: J137-1098

JACOB SHAPIRO
Commission # 1712311
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2010

Order No. 5234852 LAX