```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
E. MISHAN & SONS, INC.,                                      :
                                                             :
                                                             :
                                                             :
                   Plaintiff,       : Civil Action No. 08CV4714 (JGK)(AJP)
                                                             :           ECF Case
         v.                                                  :
                                                             :
MAX SALES, INC. and DR. LEONARD'S                            :
HEALTHCARE CORP.,                                            :
                                                             :
                   Defendants.      :
-------------------------------------------------------------x
```

## REPLY

Plaintiff, E. Mishan & Sons, Inc., by its attorneys hereby replies to the counterclaim in Defendant's Answer, Affirmative Defenses and Counterclaim of Dr. Leonard's Healthcare Corp. as follows:

1. States that the allegations contained in paragraph 1 of the counterclaim are conclusions of law to which no responsive pleading is required. To the extent a response is required, states that 28 U.S.C. §§ 2201, 2202 and 17 U.S.C. §101 *et seq.* speak for themselves.

2. Admits the allegations of paragraph 2 of the counterclaim.

3. Admits the allegations of paragraph 3 of the counterclaim.

4. Admits the allegations of paragraph 4 of the counterclaim.

5. Admits the allegations of paragraph 5 of the counterclaim.

6. Denies the allegations of paragraph 6 of the counterclaim.

7. Denies the allegations of paragraph 7 of the counterclaim.

**AFFIRMATIVE DEFENSES**

1. The counterclaim fails to state a claim upon which relief can be granted.

**WHEREFORE**, E. Mishan & Sons, Inc. prays for judgment against the Defendant/Counter-Claimant, Dr. Leonard's Healthcare Corp., as follows:

A. A judgment dismissing the counterclaim against Plaintiff.

B. That Defendant/Counter-Claimant be required to pay Plaintiff the full cost of this action, including reasonable attorney fees.

C. That the Court order such other and further relief as the Court may deem just and proper.

Dated: June 17, 2008

s/_____
Angelo Notaro (AN1306)
anotaro@notaromichalos.com
John Zaccaria (JZ3157)
jzaccaria@notaromichalos.com
NOTARO & MICHALOS P.C.
1270 Broadway, Suite 807
New York, NY  10001-3224
(212) 278-8600
Attorneys for Plaintiff
E. Mishan & Sons, Inc.