UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                                :

E. MISHAN & SONS, INC.,
                                :   Civil Action No.: 08 CV 4714 (JGK)
               Plaintiff,      ECF CASE
                                :

     -against-
                                :

MAX SALES, INC. and DR. LEONARD'S    RULE 7.1 STATEMENT
HEALTHCARE CORP.,                 :

               Defendants.  :

------------------------------X

Defendant, Max Sales, Inc. ("MSI") by its attorneys, Ford, Marrin, Esposito, Witmeyer & Gleser, L.L.P., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, certifies that there is no corporate parents for MSI, and that there are no publically held corporations that own 10% or more of the corporate stock of MSI.

Dated:  New York, New York
         June 25, 2008

                                       FORD MARRIN ESPOSITO WITMEYER
                                         & GLESER, L.L.P.

                                         By: _____
                                               Alfred L. D'Isernia (AD 9700)

                                         Wall Street Plaza
                                         New York, New York 10005-1875
                                         Tel.: (212) 269-4900
                                         Fax: (212) 344-4294
                                         *Attorneys for defendant Max Sale, Inc.*

167050.1